PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:     (650) 364-8200
Facsimile:      (650) 780-1701
Email:            pamela.cogan@rmkb.com; robert.forni@rmkb.com

Attorneys for Defendants
FARMERS GROUP DISABILITY INCOME PLAN, and
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

LAURENCE F. PADWAY, #89314
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-6100
Facsimile : (510)814-0650

Attorneys for Plaintiff
NARCISIO CUARESMA, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARCISIO CUARESMA, JR.,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS GROUP DISABILITY INCOME PLAN, an ERISA Plan, and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendants. | Case No.  2:15-CV-02192-JAM-EFB<br><br>**STIPULATION AND  ORDER RE BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint served:  October 27, 2015 |

**IT IS HEREBY STIPULATED** by and between plaintiff NARCISIO CUARESMA, JR., and defendants FARMERS GROUP DISABILITY INCOME PLAN, and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON ("Defendants"), by and through their respective attorneys of record, that the following briefing and hearing schedule for Defendants' Motion for

Summary Judgment on Their Sixth Affirmative Defense for Failure to Exhaust Administrative Remedies be adopted:

| | |
|---|---|
| July 19, 2016: | Defendants' last day to file their moving papers in support of their motion for summary judgment |
| August 9, 2016: | Plaintiff's last day to file his opposition to Defendants' motion for summary judgment |
| August 23, 2016: | Defendants' last day to file their reply papers in support of their motion for summary judgment |
| September 6, 2016: | Hearing on Defendants' motion for summary judgment |

All signatories to this Stipulation, and on whose behalf the filing is submitted, concur in the Stipulation's content and have authorized its filing.

Dated: July 13, 2016                     LAW OFFICES OF LAURENCE F. PADWAY


By: /s/ *Laurence F. Padway*
LAURENCE F. PADWAY
Attorneys for Plaintiff,
NARCISIO CUARESMA, JR.


Dated: July 13, 2016                     ROPERS, MAJESKI, KOHN & BENTLEY


By:/s/ *Robert M. Forni, Jr.*
PAMELA E. COGAN
ROBERT M. FORNI, JR.
Attorneys for Defendants,
FARMERS GROUP DISABILITY
INCOME PLAN, and LIBERTY LIFE
ASSURANCE COMPANY OF BOSTON

## **ORDER**

PURSUANT TO STIPULATION, the following briefing and hearing schedule on Defendants' Motion for Summary Judgment is hereby adopted:

4821-3641-5540.1                                      - 2 -                         STIPULATION RE DEFENDANT'S MOTION FOR
                                                                                                       SUMMARY JUDGMENT
                                                                                                       CASE NO. 2:P15-CV-02191

| | | |
|---|---|---|
| July 19, 2016: | Defendants' last day to file their moving papers in support of their motion for summary judgment |
| August 9, 2016: | Plaintiff's last day to file his opposition to Defendants' motion for summary judgment |
| August 23, 2016: | Defendants' last day to file their reply papers in support of their motion for summary judgment |
| September 6, 2016 at 1:30 p.m.: | Hearing on Defendants' motion for summary judgment |

**IT IS SO ORDERED.**

Dated: 8/5/2016                                     /s/ John A. Mendez_____

                                                              Hon. John A. Mendez
                                                              United States District Court Judge