PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
BLAKE J. RUSSUM (SBN 258031)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone:  (650) 364-8200
Facsimile:  (650) 780-1701
Email:   pamela.cogan@rmkb.com; robert.forni@rmkb.com;
blake.russum@rmkb.com

Attorneys for Defendants
FARMERS GROUP DISABILITY INCOME PLAN, and
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

LAURENCE F. PADWAY, #89314
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-6100
Facsimile : (510)814-0650

Attorneys for Plaintiff
NARCISIO CUARESMA, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARCISIO CUARESMA, JR.,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS GROUP DISABILITY INCOME PLAN, an ERISA Plan, and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendants. | Case No. 2:15-CV-K02192-JAM-EFB<br><br>STIPULATION AND [PROPOSED] ORDER VACATING BRIEFING SCHEDULE AND TRIAL DATE AND SCHEDULING CASE MANAGEMENT CONFERENCE FOR SEPTEMBER 6, 2016 CONCURRENT WITH HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

WHEREAS, Defendants Farmers Group Disability Income Plan ("the Plan") and Liberty Life Assurance Company of Boston ("Liberty Life") (collectively, "Defendants") Motion for Summary Judgment on their Sixth Affirmative Defense for Failure to Exhaust Administrative Remedies has been fully briefed and is set for hearing by this Court on September 6, 2016.

WHEREAS, pursuant to the December 21, 2015 Minute Order, docket document 10, Plaintiff Narcisio Cuaresma, Jr.'s ("Plaintiff") cross motion for summary judgment in this ERISA matter is due to be filed on or before September 2, 2016, two business days before the September 6, 2016 hearing on Defendants' Motion for Summary Judgment on their Sixth Affirmative Defense for Failure to Exhaust Administrative Remedies;

WHEREAS, the Parties agree that the arguments on the Parties' dispositive motions on the merits of this ERISA case may be affected by the Court's ruling on Defendant's Motion for Summary Judgment on their Sixth Affirmative Defense for Failure to Exhaust Administrative Remedies;

WHEREAS, the Parties believe it prudent and in the interests of efficiency and judicial economy to vacate the current briefing schedule on the cross motions for summary judgment on the merits of this ERISA case and the November 1, 2016 trial date as set forth in the Court's December 21, 2015 Minute Order, docket document 10, with the Court instead scheduling a case management conference to be held concurrently and contemporaneous with the September 6, 2016 hearing on Defendants' Motion for Summary Judgment on their Sixth Affirmative Defense for Failure to Exhaust Administrative Remedies, at which time the Court may reset the briefing schedule on the Parties' cross motions for summary judgment and the trial date, if necessary, following the Court's ruling on Defendants' Motion for Summary Judgment on their Sixth Affirmative Defense for Failure to Exhaust Administrative Remedies;

**IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, by and through their respective attorneys of record, that the briefing schedule and trial date set forth in the Court's December 21, 2015 Minute Order, docket document 10, is hereby **VACATED** and a case management conference is scheduled to be held concurrent and contemporaneous with the September 6, 2016 hearing on Defendants' Motion for Summary Judgment on their Sixth Affirmative Defense for Failure to Exhaust Administrative Remedies.

All signatories to this Stipulation, and on whose behalf the filing is submitted, concur in the Stipulation's content and have authorized its filing.

| | | |
|---|---|---|
| Dated: September 1, 2016 | | LAW OFFICES OF LAURENCE F. PADWAY |

By: /s/ *Laurence F. Padway*
LAURENCE F. PADWAY
Attorneys for Plaintiff,
NARCISIO CUARESMA, JR.

Dated: September 1, 2016                ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ *Robert M. Forni, Jr.*
PAMELA E. COGAN
ROBERT M. FORNI, JR.
BLAKE J. RUSSUM
Attorneys for Defendants,
FARMERS GROUP DISABILITY
INCOME PLAN, and LIBERTY LIFE
ASSURANCE COMPANY OF BOSTON

## ORDER

**PURSUANT TO STIPULATION**, the briefing schedule on the Parties' cross motions for summary judgment and the November 1, 2016 trial date in this ERISA matter, as originally set forth in the Court's December 21, 2015 Minute Order, docket document 10, are hereby **VACATED**.

**IT IS FURTHER ORDERED** that the Parties shall appear for a case management conference on September 6, 2016 at 1:30 p.m. to be held concurrent and contemporaneous with the hearing on Defendants' Motion for Summary Judgment on their Sixth Affirmative Defense for Failure to Exhaust Administrative Remedies.

**IT IS SO ORDERED.**

Dated: September 2, 2016

Hon. John A. Mendez
United States District Court Judge