1   PAMELA E. COGAN (SBN 105089)
    ROBERT M. FORNI, JR. (SBN 180841)
2   BLAKE J. RUSSUM (SBN 258031)
    ROPERS, MAJESKI, KOHN & BENTLEY
3   1001 Marshall Street, Suite 500
    Redwood City, CA  94063-2052
4   Telephone:     (650) 364-8200
    Facsimile:     (650) 780-1701
5   Email:  pamela.cogan@rmkb.com, robert.forni@rmkb.com, blake.russum@rmkb.com

6   Attorneys for Defendants,
    FARMERS GROUP DISABILITY INCOME PLAN, and
7   LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

8

9                          UNITED STATES DISTRICT COURT

10                        EASTERN DISTRICT OF CALIFORNIA

11

12   NARCISIO CUARESMA, JR.,                   Case No.  2:15-CV-02192-JAM-EFB

13                  Plaintiff,                 **ORDER GRANTING DEFENDANTS'
                                               MOTION FOR SUMMARY JUDGMENT
14   v.                                        ON THEIR SIXTH AFFIRMATIVE
                                               DEFENSE FOR FAILURE TO
15   FARMERS GROUP DISABILITY INCOME           EXHAUST ADMINISTRATIVE
     PLAN, an ERISA Plan, and LIBERTY LIFE     REMEDIES [FRCP 56]**
16   ASSURANCE COMPANY OF BOSTON,
                                               Date:     September 6, 2016
17                  Defendants.                Time:     1:30 p.m.
                                               Judge:    Hon. John A. Mendez
18

19
            The Motion for Summary Judgment of Defendants Liberty Life Assurance Company of
20
     Boston and the Farmers Group Disability Income Plan, pursuant to Rule 56 of the Federal Rules
21
     of Civil Procedure, came on regularly for hearing before this Court on September 6, 2016 at 1:30
22
     p.m., in Courtroom 6, 14th Floor, the Honorable John A. Mendez presiding.  Robert M. Forni, Jr.
23
     of Ropers, Majeski, Kohn & Bentley appeared on behalf of Defendants.  Laurence F. Padway of
24
     the Law Offices of Laurence F. Padway appeared on behalf of Plaintiff Narcisio Cuaresma, Jr.
25
            After considering the evidence properly received at and before the hearing on the Motion,
26
     the moving, opposition and reply papers, the oral arguments of counsel, and good cause appearing
27
     therefore, **IT IS ORDERED** that Defendants' Request for Judicial Notice in support of their
28

4852-2951-8132.2                              ORDER GRANTING DEFENDANTS' MOTION
                                                     FOR SUMMARY JUDGMENT
                                                   CASE NO. 2:15-CV-02192 JAM-EFB

*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*Redwood City*

1    Motion for Summary Judgment (Document No. 12-2) is **DENIED**.

2        **IT IS FURTHER ORDERED** that Defendants' Objections to Plaintiff's Evidence in

3    Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment (Document No.

4    17-2) are **OVERRULED**.

5        **IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment is

6    hereby **GRANTED** on the grounds that Plaintiff failed to exhaust his administrative remedies for

7    the reasons stated at the hearing on Defendants' Motion, including as follows:

8        The case law, although not Ninth Circuit case law, makes it clear that, while there may

9    have been a technical violation of ERISA regulations here, there has been no showing whatsoever

10   by Plaintiff that he did not have meaningful access to an administrative remedy procedure, or that

11   the appeal procedure that was set up did not give him a sufficient period of time. There has been

12   no complaint by Plaintiff that he was unable to meet the deadlines that were set. And there has

13   been, most importantly, no showing of prejudice, which the case law cited by Defendants

14   indicates is the standard that courts should use to review these types of cases under these

15   circumstances.

16       There, again, has not been a showing such as that Defendants failed to review the

17   documents that would have been submitted or could have been submitted within the timeline.

18   And, again, there is nothing and there is no evidence whatsoever that Defendants did anything to

19   prevent Plaintiff from making such a submission within the 180 days that Plaintiff was given to

20   submit such documents.

21       Under these circumstances, the Court finds that Plaintiff did, in fact, fail to exhaust his

22   administrative remedies and grants Defendants' motion for summary judgment on the sixth

23   affirmative defense.

24       **IT IS SO ORDERED**.

25   Dated:  October 18, 2016       /s/ John A. Mendez           
                                          Hon. John A. Mendez

26                                             United States District Court Judge

27

28

*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*Redwood City*