PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
BLAKE J. RUSSUM (SBN 258031)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:     (650) 364-8200
Facsimile:      (650) 780-1701
Email:            pamela.cogan@rmkb.com; robert.forni@rmkb.com
blake.russum@rmkb.com

Attorneys for Defendants
FARMERS GROUP DISABILITY INCOME PLAN, and
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARCISIO CUARESMA, JR., | Case No.  2:15-CV-02192-JAM-EFB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| FARMERS GROUP DISABILITY INCOME PLAN, an ERISA Plan, and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | |
| Defendants. | |

The Motion for Summary Judgment by Defendants Liberty Life Assurance Company of Boston ("Liberty Life") and the Farmers Group Disability Income Plan ("the Plan") pursuant to Federal Rule of Civil Procedure 56 came on for hearing before Honorable John A. Mendez, District Judge Presiding, on September 6, 2016.  After full consideration of the evidence, points of authorities submitted by both parties, and oral argument, and a decision having been duly rendered, the Court finds that Plaintiff Narcisio Cuaresma Jr.'s causes of action against Liberty Life and the Plan fail as a matter of law, and therefore, Liberty Life and the Plan are entitled to judgment in their favor and against Plaintiff.

IT IS THERFORE ORDERED, ADJUDGED, and DECREED that Plaintiff take nothing, that the action shall be DISMISSED with prejudice, and that JUDGMENT be ENTERED in favor

1 of Defendants Liberty Life Assurance Company of Boston and the Farmers Group Disability
2 Income Plan.
3   IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Defendants Liberty Life
4 Assurance Company of Boston and the Farmers Group Disability Income Plan shall recover their
5 costs.
6 Dated: October 19, 2016

/s/ John A. Mendez
Honorable John A. Mendez,
United States District Court Judge