PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
BLAKE J. RUSSUM (SBN 258031)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone:     (650) 364-8200
Facsimile:      (650) 780-1701
Email:            pamela.cogan@rmkb.com; robert.forni@rmkb.com
blake.russum@rmkb.com

Attorneys for Defendants, FARMERS GROUP DISABILITY INCOME PLAN, and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

LAURENCE F. PADWAY (SBN 89314)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone:     (510)814-6100
Facsimile:      (510)814-0650

DAVID J. LINDEN (SBN 41221)
Attorney at Law
Post Office Box 5780
Napa, California 94581
Telephone: (707) 252-7007
Facsimile: (707) 252-7883

Attorneys for Plaintiff, NARCISIO CUARESMA, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARCISIO CUARESMA, JR.,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS GROUP DISABILITY INCOME PLAN, an ERISA Plan, and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendants. | Case No.  2:15-cv-02192-JAM-EFB<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING AND BRIEFING SCHEDULE RE PLAINTIFF'S MOTION TO STRIKE BILL OF COSTS [DOCUMENT NO. 34]** |

**WHEREAS,** due to a bench trial in another matter venued before the Central District of California on January 10, 2017, counsel for Defendants FARMERS GROUP DISABILITY

1  INCOME PLAN and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON ("Defendants")
2  is unavailable to attend the hearing on Plaintiff NARCISIO CUARESMA, JR.'s Motion to Strike
3  Bill of Costs (Document No. 34), currently set to be heard on January 10, 2017 at 1:30 p.m.;

**WHEREAS,** pursuant to the Order of the deputy clerk for the Ninth Circuit Court of Appeals entered on November 23, 2016 (Docket Entry 4), the parties are actively engaged in discussions with a Circuit Mediator to determine whether this case is suitable for mediation, and prefer to devote their resources to exhausting settlement discussions before further litigating Plaintiff's Motion to Strike Bill of Costs;

**IT IS HEREBY STIPULATED** by and between Plaintiff NARCISIO CUARESMA, JR., and Defendants FARMERS GROUP DISABILITY INCOME PLAN and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, by and through their respective attorneys of record, that the following hearing and briefing schedule on Plaintiff's Motion to Strike Bill of Costs be adopted by the Court:

| | |
|---|---|
| January 24, 2017: | Last Day to File Defendants' Opposition to Motion |
| January 31, 2017: | Last Day to File Plaintiff's Reply in Support of Motion |
| February 7, 2017: | Hearing on the Motion to Strike Bill of Costs |

All signatories to this Stipulation, and on whose behalf the filing is submitted, concur in the Stipulation's content and have authorized its filing.

Dated: December 27, 2016           LAW OFFICES OF LAURENCE F. PADWAY

By: /s/ *David J. Linden*
LAURENCE F. PADWAY
DAVID J. LINDEN
Attorneys for Plaintiff,
NARCISIO CUARESMA, JR.

*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*Redwood City*

| | |
|---|---|
| Dated: December 27, 2016 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By: /s/ *Robert M. Forni, Jr.* |
| | PAMELA E. COGAN |
| | ROBERT M. FORNI, JR. |
| | BLAKE J. RUSSUM |
| | Attorneys for Defendants, |
| | FARMERS GROUP DISABILITY INCOME PLAN, and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The following briefing and hearing schedule on Plaintiff's Motion to Strike Bill of Costs and is hereby adopted:

| | |
|---|---|
| January 24, 2017: | Last Day to File Defendants' Opposition to Motion |
| January 31, 2017: | Last Day to File Plaintiff's Reply in Support of Motion |
| February 7, 2017 at 1:30 p.m.: | Hearing on the Motion to Strike Bill of Costs |

Dated:  12/27/2016              /s/ John A. Mendez_____
                                 Hon. John A. Mendez
                                 United States District Court Judge