PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:      (650) 364-8200
Facsimile:      (650) 780-1701
Email:          pamela.cogan@rmkb.com; robert.forni@rmkb.com

Attorneys for Defendants, FARMERS GROUP DISABILITY INCOME PLAN, and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

LAURENCE F. PADWAY (SBN 89314)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-6100
Facsimile : (510)814-0650

Attorneys for Plaintiff, NARCISO CUARESMA, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARCISO CUARESMA, JR.,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS GROUP DISABILITY INCOME PLAN, an ERISA Plan, and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendants. | Case No.  2:15-CV-2192-JAM-EFB<br><br>**STIPULATION AND ORDER SETTING ASIDE BILL OF COSTS AND ORDER TAXING COSTS** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Narciso Cuaresma and Defendants Farmers Group Disability Income Plan and Liberty Life Assurance Company of Boston, by and through their respective attorneys of record, that the cost bill filed by Defendants on October 20, 2016 (Docket No. 29) and the order taxing costs in amount of $163.60 against Plaintiff that was filed by the clerk on November 1, 2016 (Docket No. 33) are hereby set aside, without prejudice to Defendants' right to recover the same costs taxed or additional costs as a prevailing party in connection with Plaintiff's appeal from the Judgment entered in this action on

October 20, 2016 (Ninth Circuit Case Number 16-16946). No party shall recover costs at this time. Plaintiff's Motion to Strike Defendants' Cost Bill (Docket No. 34) is therefore denied as moot, and the hearing thereon, currently set for February 7, 2017, is vacated.

All signatories to this Stipulation, and on whose behalf the filing is submitted, concur in the Stipulation's content and have authorized its filing.

Dated: January 20, 2017         LAW OFFICES OF LAURENCE F. PADWAY

By: /s/ *Laurence F. Padway*
    LAURENCE F. PADWAY
    Attorneys for Plaintiff,
    NARCISIO CUARESMA, JR.

Dated: January 20, 2017         ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ *Robert M. Forni, Jr.*
    PAMELA E. COGAN
    ROBERT M. FORNI, JR.
    Attorneys for Defendants,
    FARMERS GROUP DISABILITY
    INCOME PLAN, and LIBERTY LIFE
    ASSURANCE COMPANY OF BOSTON

## ORDER

**PURSUANT TO THE PARTIES' STIPULATION**, the cost bill filed on October 20, 2016 (Docket No. 29) and the order taxing costs in amount of $163.60 against Plaintiff that was filed by the clerk on November 1, 2016 (Docket No. 33) are hereby set aside, without prejudice to Defendants' right to recover the same costs taxed or additional costs as a prevailing party in connection with Plaintiff's appeal from the Judgment entered in this action on October 19, 2016 (Ninth Circuit Case Number 16-16946). No party shall recover costs at this time. Plaintiff's Motion to Strike Defendants' Cost Bill (Docket No. 34) is therefore denied as moot, and the hearing thereon, currently set for February 7, 2017, is vacated.

**IT IS SO ORDERED.**

Dated: 1/20/2017         /s/ John A. Mendez_____
                         Hon. John A. Mendez
                         United States District Court Judge