PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: pamela.cogan@rmkb.com; robert.forni@rmkb.com

Attorneys for Defendants, FARMERS GROUP DISABILITY INCOME PLAN, and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

LAURENCE F. PADWAY (SBN 89314)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA 94501
Telephone: (510)814-6100
Facsimile: (510)814-0650

DAVID J. LINDEN (SBN 41221)
Attorney at Law
Post Office Box 5780
Napa, CA 94581
Telephone: (707) 252-7007
Facsimile: (707) 252-7883

Attorneys for Plaintiff, NARCISIO CUARESMA, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARCISIO CUARESMA, JR.,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS GROUP DISABILITY INCOME PLAN, an ERISA Plan, and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendants. | Case No. 2:15-cv-02192-JAM-EFB<br><br>**STIPULATION AND ORDER REMANDING CASE TO DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON** |

**WHEREAS,** in October 2015, Narciso Cuaresma, Jr. ("Cuaresma") filed suit against

Defendants Farmers Group Disability Income Plan ("the Plan") and Liberty Life Assurance

Company of Boston ("Liberty"), alleging a single claim under 29 U.S.C. §1132(a) to recover long-term disability ("LTD") benefits allegedly due to him under the Plan (Docket 1);

**WHEREAS**, LTD benefits under the Plan are insured by a Group Disability Income Policy ("the Policy") that Liberty issued to Farmers Group, Inc.;

**WHEREAS**, the Plan is governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. §1001, *et. seq.* ("ERISA");

**WHEREAS**, on September 6, 2016, the District Court granted Defendants' motion for summary judgment on their Sixth Affirmative Defense, on the grounds that Cuaresma had failed to exhaust his administrative remedies under the Plan before filing suit;

**WHEREAS**, after entering its order granting Defendants' motion for summary judgment on October 19, 2016 (Docket 27), the District Court entered judgment in their favor on October 20, 2016 (Docket 28), from which Cuaresma appealed to the Ninth Circuit on October 21, 2016 (Docket 30);

**WHEREAS**, on May 31, 2018, the Ninth Circuit filed its Memorandum disposition in which it which reversed judgment and remanded "with instructions to the district court to remand this case to Liberty to fully evaluate the merits of Cuaresma's claim in compliance with the Policy," and Mandate then issued on June 22, 2018 (Docket 43);

**WHEREAS**, Cuaresma filed a cost bill in this Court on June 14, 2018 (Docket 42), to which Defendants object (Docket 46);

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their counsel of record in this action, that the Court shall remand this case to Defendant Liberty Life Assurance Company of Boston to fully evaluate the merits of Cuaresma's claim for LTD benefits in compliance with the Policy, and to decide whether Cuaresma is entitled to LTD benefits under the Plan.

**IT IS FURTHER STIPULATED AND AGREED** by and between the parties, through

\\\\

\\\\

\\\\

their counsel of record in this action, that, instead of entering final judgment, the District Court shall retain jurisdiction while this matter is on remand.

Dated: July 6, 2018  LAW OFFICES OF LAURENCE F. PADWAY

By: /s/ *Laurence F. Padway*
LAURENCE F. PADWAY
DAVID J. LINDEN
Attorneys for Plaintiff,
NARCISIO CUARESMA, JR.

Dated: July 6, 2018  ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ *Robert M. Forni, Jr.*
PAMELA E. COGAN
ROBERT M. FORNI, JR.
Attorneys for Defendants,
FARMERS GROUP DISABILITY
INCOME PLAN, and LIBERTY LIFE
ASSURANCE COMPANY OF BOSTON

## **ORDER**

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that this case is remanded to Defendant Liberty Life Assurance Company of Boston to fully evaluate the merits of Cuaresma's claim for LTD benefits in compliance with the Policy, and to decide whether Cuaresma is entitled to LTD benefits under the Plan; and that, instead of entering final judgment, the District Court shall retain jurisdiction while this matter is on remand.

**IT IS SO ORDERED**.

Dated: July 9, 2018  /s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

4852-4877-1436.4

STIPULATION AND ORDER REMANDING CASE TO DEFENDANT
CASE NO. 2:15-CV-02192-JAM-EFB