| | |
|---|---|
| 1 | Laurence F. Padway, #89314 |
| | Law Offices of Laurence F. Padway |
| 2 | 1516 Oak Street, Suite 109 |
| | Alameda, California 94501 |
| 3 | Telephone:  (510)814-6100 |
| | Facsimile: (510)814-0650 |
| 4 | |
| 5 | David J. Linden, #41221 |
| | Attorney at Law |
| 6 | Post Office Box 5780 |
| | Napa, California 94581 |
| 7 | Telephone:   (707) 252-7007 |
| | Facsimile:   (707) 252-7883 |
| 8 | Email: david@lindenlaw.net |

Attorneys for Plaintiff
　　Narcisio Cuaresma, Jr.

ROBERT M. FORNI, JR. (SBN 180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA   94063-2052
Telephone:     (650) 364-8200
Facsimile:     (650) 780-1701
Email:         robert.forni@rmkb.com

Attorneys for Defendants
FARMERS GROUP DISABILITY INCOME PLAN and
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARCISIO CUARESMA, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>FARMERS GROUP DISABILITY INCOME PLAN, an ERISA Plan, and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendants | Case No.:   2:15-CV-K02192-JAM-EFB<br><br>**STIPULATION RE BRIEFING SCHEDULE AND HEARING DATE ON PLAINTIFF'S MOTION FOR ATTORNEY'S FEES**<br><br>Complaint served:         October 27, 2015 |

**IT IS HEREBY STIPULATED** by and between plaintiff NARCISIO CUARESMA, JR., and

4826-8535-2846.1

defendants FARMERS GROUP DISABILITY INCOME PLAN, and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON ("Defendants"), by and through their respective attorneys of record, that the following briefing and hearing schedule on Plaintiff's Motion for Attorney's Fees be adopted:

| Date | Event |
|---|---|
| March 28, 2019 | Meet & Confer |
| April 16, 2019 | Plaintiff's last day to file his moving papers in support of Motion for Attorney's Fees |
| May 7, 2019 | Defendant's Opposition to Motion for Attorney's Fees due |
| May 16, 2019 | Plaintiff's Reply re Motion for Attorney's Fees due |
| May 21, 2019 | Hearing on Plaintiff's Motion for Attorney's Fees |

All signatories to this Stipulation, and on whose behalf the filing is submitted, concur in the Stipulation's content and have authorized its filing.

Dated: March 25, 2019    LAW OFFICES OF LAURENCE F. PADWAY

By: /s/ *Laurence F. Padway*
LAURENCE F. PADWAY
Attorneys for Plaintiff,
NARCISIO CUARESMA, JR.

4826-8535-2846.1

| | |
|---|---|
| Dated: March 25, 2019 | ROPERS, MAJESKI, KOHN & BENTLEY |

By: /s/ *Robert M. Forni, Jr.*
ROBERT M. FORNI, JR.
Attorneys for Defendants,
FARMERS GROUP DISABILITY
INCOME PLAN, and LIBERTY LIFE
ASSURANCE COMPANY OF BOSTON

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The following briefing and hearing schedule on Plaintiff's Motion for Attorney's Fees is hereby adopted:

| | |
|---|---|
| March 28, 2019 | Meet & Confer |
| April 16, 2019 | Plaintiff's last day to file his moving papers in support of Motion for Attorney's Fees |
| May 7, 2019 | Defendant's Opposition to Motion for Attorney's Fees due |
| May 16, 2019 | Plaintiff's Reply re Motion for Attorney's Fees due |
| May 21, 2019 | Hearing on Plaintiff's Motion for Attorney's Fees at **1:30 p.m**. |

Dated: 3/25/2019        /s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge

4826-8535-2846.1