ROBERT M. FORNI, JR. (SBN 180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: robert.forni@rmkb.com

Attorneys for Defendants,
FARMERS GROUP DISABILITY INCOME PLAN and
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

LAURENCE F. PADWAY (SBN 89314)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA 94501
Telephone: (510) 814-6100
Facsimile : (510) 814-0650

DAVID J. LINDEN (SBN 41221)
ATTORNEY AT LAW
Post Office Box 5780
Napa, CA 94581
Telephone: (707) 252-7001
Facsimile: (707) 252-7883
Email: david@lindenlaw.com

Attorneys for Plaintiff, NARCISIO CUARESMA, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARCISIO CUARESMA, JR.,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS GROUP DISABILITY INCOME PLAN, an ERISA Plan, and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendants. | Case No. 2:15-CV-02192-JAM-EFB<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between Plaintiff NARCISIO CUARESMA and Defendants FARMERS GROUP DISABILITY INCOME PLAN and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

All signatories to this Stipulation, and all parties on whose behalf the filing is submitted, concur with the Stipulation's content and authorize its filing.

Dated: May 3, 2019  ROPERS, MAJESKI, KOHN & BENTLEY

By:/s/ *Robert M. Forni, Jr.*
ROBERT M. FORNI, JR.
Attorneys for Defendants FARMERS GROUP DISABILITY INCOME PLAN and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

Dated: May 3, 2019  LAW OFFICES OF LAURENCE F. PADWAY

By: /s/ *Laurence F Padway* (as authorized on 5/3/19)
LAURENCE F. PADWAY
Attorneys for Plaintiff,
NARCISO CUARESMA, JR.

Dated: May 3, 2019  LAW OFFICES OF DAVID J. LINDEN

By: /s/ *David J. Linden* (as authorized on 5/3/19)
DAVID J. LINDEN
Attorneys for Plaintiff,
NARCISO CUARESMA, JR.

## ORDER

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation Dismissing Action with Prejudice and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is, dismissed with prejudice in its entirety as to all claims and parties.

**IT IS SO ORDERED.**

Dated: May 9, 2019     /s/ John A. Mendez_____
                      Hon. John A. Mendez
                      United States District Court Judge

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City